TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MARIA R. GUTIERREZ
Arizona State Bar No. 026659
BENJAMIN S. GOLDBERG
New York State Bar No. 5346838
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Maria.Gutierrez@usdoj.gov
Email: Ben.Goldberg@usdoj.gov
*Attorneys for Plaintiff*

FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 0 6 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______________ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Gilbert Donald Bello SR, (Count 1)
2. Gabriella Angel Bello, and (Count 2)
3. Elissa Angelica Thurman, (Counts 3 and 4)

Defendants.

No. CR 26-1190-PHX-SHD (JZB)

**INDICTMENT**

VIO: 18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Felon in Possession of Firearms and Ammunition)
Count 1

18 U.S.C. § 924(a)(1)(A)
(False Statement During the Purchase of a Firearm)
Count 2

18 U.S.C. § 932(b)(1)
(Straw Purchasing Firearms)
Counts 3 and 4

18 U.S.C. §§ 924(d) and 981
21 U.S.C. §853
28 U.S.C. §2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about February 11, 2026, in the District of Arizona, the defendant, GILBERT DONALD BELLO SR, knowing that he had been convicted of a crime punishable by a

term of imprisonment exceeding one year, did knowingly possess the following firearms and ammunition:

(1) Daniel Defense, model DDM4, 5.56 X 45 mm NATO caliber semi-automatic rifle, serial number DDM4327605;

(2) Palmetto State Armory, model PA-15, multi-caliber semi-automatic short-barrel rifle, serial number SCNL624395;

(3) Pioneer Arms Corporation, model Hellpup, 7.62 x 39 mm caliber semi-automatic pistol, serial number PAC 25PL35556;

(4) Mossberg, model 590 Shockwave, 12-gauge firearm, serial number V1284627;

(5) Izmash, model SAIGA, 12-gauge semi-automatic shotgun, serial number H12407763;

(6) Palmetto State Armory, model PA-15, multi-caliber semi-automatic rifle, serial number SCB712386;

(7) FNH USA, model FNX-45 Tactical, .45 ACP caliber semi-automatic pistol, serial number FX3U060344;

(8) Glock, model 19, 9 x 19 mm caliber semi-automatic pistol, serial number HYL731;

(9) Glock, model 17 Gen 5, 9 x 19 mm caliber semi-automatic pistol, serial number BMSN728;

(10) Glock, model 20, 10 mm caliber semi-automatic pistol, serial number ALGE051;

(11) Rock Island Armory (Armscor), model 200, .38 Special caliber revolver, serial number RIA2449728; and

(12) 270 rounds of ammunition of various brands and calibers said firearms and ammunition having been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

//

**COUNT 2**

On or about July 24, 2025, in the District of Arizona, the defendant, GABRIELLA ANGEL BELLO, knowingly made a false statement and representation to Aztec Pawn & Jewelry, a firearms dealer, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealer, in that the defendant, GABRIELLA ANGEL BELLO, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that she was the actual transferee/buyer of the firearms, whereas in truth and in fact, she knew she was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 3**

On or about July 25, 2025, in the District of Arizona, the defendant, ELISSA ANGELICA THURMAN, did knowingly purchase a firearm, to wit: a Palmetto State Armory, model PA-15, lower, 556 caliber, serial number SCNL624395, in or otherwise affecting interstate or foreign commerce for, on behalf of, and at the request or demand of Gilbert Donald Bello SR, knowing or having reason to believe that Gilbert Donald Bello SR had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code 932(b)(1).

**COUNT 4**

On or about December 14, 2025, in the District of Arizona, the defendant, ELISSA ANGELICA THURMAN, did knowingly purchase a firearm, to wit: Pioneer Arms Corporation, model Hellpup, 7.62 x 39 mm caliber semi-automatic pistol, serial number PAC 25PL35556, in or otherwise affecting interstate or foreign commerce for, on behalf of, and at the request or demand of Gilbert Donald Bello SR, knowing or having reason to believe that Gilbert Donald Bello SR had previously been convicted in any court of a crime

punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code 932(b)(1).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 4 of this indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), upon conviction of the offense alleged in Counts 1 through 4 of this indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

//

//

//

//

//

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: October 6, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
MARIA R. GUTIERREZ
BENJAMIN S. GOLDBERG
Assistant United States Attorneys